UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kirk Douglas Williams**, | 2:08-cv-02242-SRT (PC) |
| Plaintiff, | **ORDER DENYING MOTION FOR JUDICIAL NOTICE** |
| v. | and |
| **Matthew Tate, et al.**, | **ORDER DENYING MOTION FOR ORDER TO COMPEL** |
| Defendants. | |

Plaintiff's motion for the court to take judicial notice that High Desert State Prison, as policy or practice, does not provide prisoners with certified copies of their trust accounts, is hereby DENIED.

Plaintiff's motion for an order to compel defendants to provide a certified copy of his prison trust account is DENIED as moot.

DATED: January 30, 2009        /s/ Sidney R. Thomas
                               _____
                               Sidney R. Thomas, United States Circuit Judge
                               Sitting by Designation