UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kirk Douglas Williams**, | 2:08-cv-02242-SRT (PC) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION AND DENYING REQUEST FOR ADDITIONAL RELIEF** |
| v. | |
| **Matthew Tate, et al.**, | |
| Defendants. | |

_____

Plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall have until April 23, 2009 to file an amended complaint that comports with this Court's prior order. Failure to file an amended complaint by that date will result in dismissal of this action with prejudice.

Plaintiff's request for additional relief is DENIED.

IT IS SO ORDERED.

DATED: March 19, 2009

_____

Sidney R. Thomas, United States Circuit Judge
Sitting by Designation

-1-

PDF created with pdfFactory trial version www.pdffactory.com