UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kirk Douglas Williams**, | 2:08-cv-02242-SRT (PC) |
| Plaintiff, | **ORDER DENYING REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **Matthew Tate, et al.**, | |
| Defendants. | |

_____

Plaintiff's request for an extension of time to file an amended complaint is DENIED. The court's March 19 order granting Plaintiff until April 23, 2009 to file an amended complaint remains in effect. Failure to file an amended complaint by that date will result in dismissal of this action with prejudice.

IT IS SO ORDERED.

DATED: March 31, 2009

__/s/ Sidney R. Thomas_____
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation

PDF created with pdfFactory trial version www.pdffactory.com