UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Kirk Douglas Williams**,            2:08-cv-02242-SRT (PC)

    Plaintiff,            **ORDER**

v.

**Matthew Tate, et al.**,

    Defendants.

_____

    Plaintiff's motion for reconsideration of this court's prior order partially dismissing his complaint is DENIED.  "The requirements of procedural due process apply only to the deprivation of interests encompassed by the Fourteenth Amendment's protection of liberty and property."  *Bd. of Regents v. Roth*, 408 U.S. 564, 569 (1972).  As Plaintiff has no Fourteenth Amendment liberty interest in his prison classification, *Myron v. Terhune*, 476 F.3d 716, 718 (9th Cir. 2007), the state did not violate his procedural due process rights by altering his classification without 72 hours advance notice.

    Plaintiff's request for an extension of time to file the documents described in this court's prior order is GRANTED.  Plaintiff shall have until September 4, 2009 to file the required

documents.  The Clerk of the Court is directed to send plaintiff 7 additional USM-285 forms.

    IT IS SO ORDERED.

DATED: August 18, 2009

                                                                  /s/ Sidney  R. Thomas  
                                          Sidney R. Thomas, United States Circuit Judge  
                                          Sitting by Designation