IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIRK DOUGLAS WILLIAMS** | CASE NO. **2:08-CV-02242-SRT** |
| Plaintiff, | **ORDER** |
| vs. | |
| **MATTHEW TATE, ET AL.** | |
| Defendants. _____/ | |

This court has received plaintiff's motion for reconsideration, filed September 17, 2009. That motion is DENIED.

Plaintiff alleges that prison officials violated his Eighth Amendment rights by altering his classification without 72 hours advance notice. However, "misclassification does not itself inflict pain within the meaning of the Eighth Amendment." *Hoptowit v. Ray*, 682 F.2d 1237, 1256 (9th Cir. 1982) (citations omitted).

IT IS SO ORDERED.

1  DATED: OCTOBER 2, 2009

3                                          /s/ Sidney R. Thomas
                                           Sidney R. Thomas, United States Circuit Judge
4                                          Sitting by Designation